AO 247 (NC/W 03/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
для the
Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JOHN HENRY STACKS, JR. | ) Case No: 3:01CR00135-001 |
| | ) USM No: 08495-058 |
| Date of Previous Judgment: December 1, 2003 | ) James Weidner |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ■ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 33  Amended Offense Level: 33
Criminal History Category: VI  Criminal History Category: VI
Previous Guideline Range: 235 to 293 months  Amended Guideline Range: 235 to 293 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain): Due to the multiple count adjustment rules pursuant to USSG §3D1.4 (Determining the Combined Offense Level), there is no change in the total offense level in this case. Therefore, Amendment 706 has no impact on the defendant's sentence.

**III. ADDITIONAL COMMENTS**
***The defendant is also serving consecutive sentences in Counts Four, Six and Eight for violations of 18 U.S.C. 924(c).

Except as provided above, all provisions of the judgment dated December 1, 2003 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 16, 2009

Effective Date: _____
(if different from order date)

Lacy H. Thornburg
United States District Judge