UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:01-cr-135-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JOHN HENRY STACKS, JR. | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion for Compassionate Release (Doc. No. 151).

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to defendant's motion.

.

Signed: March 16, 2022

Max O. Cogburn Jr
United States District Judge